A. PAGE SMITH, Respondent, v. FRANK MATHUSA and Another, Doing Business under the Name and Style of MATHUSA MOTOR COMPANY, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ELLA N. WEATHERWAX, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant. EDGAR H. WEATHERWAX, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant.— Motions denied, with ten dollars costs in one motion. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

NUNZIO CIOFFI, as Administrator, etc., of CARMINE CIOFFI, Deceased, Respondent, v. CHARLES COLLINS and Others, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

VERNE WELLS, as Administrator, etc., of BEATRICE M. WELLS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hasbrouck, J., not voting.

In the Matter of Charges against GEORGE S. SKINKLE, a Patrolman Connected with the Police Department of the City of Watervliet.— Motion denied. (See *People ex rel. Regan* v. *Enright*, 240 N. Y. 581.) Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN SCHAEFER, Respondent, against JEWETT & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award for facial disfigurement reversed and claim remitted to be held until the question of permanent total disability has been determined, on the ground that this award is prematurely made. (*Clark* v. *Hayes*, 207 App. Div. 560; affd., 238 N. Y. 553.) Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of F. J. BOYLE, Respondent, against ZELLER LACQUER MANUFACTUR NG COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that claimant was only temporarily partially disabled, resulting in a decrease of his earning capacity, as shown by the facts that he transacted some business over the telephone, and the Board has not fixed his diminished earning capacity. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of ALBERT GRIFFIN, Respondent, against BECKER ROOFING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Petition to Set Aside the Election of Directors of HAMMOND LIGHT & POWER COMPANY, INC., Held on January 24, 1928, and February 29, 1928, and the Election of Officers of Said Corporation Held February 29, 1928. — Order unanimously affirmed, with ten dollars costs and disbursements. Motion for stay denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ. [131 Misc. 747.]